UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00147-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTOPHER L. WAGONER,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, October 17, 2011,** and responses to these motions shall be filed by **Wednesday, October 26, 2011.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference has not been set at this time. Counsel shall contact Chambers should a hearing become necessary. It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, November 7, 2011, at 9:00 a.m. in courtroom A-1002.**

Dated: September 7, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE